HOME BOX OFFICE, INC.,
Plaintiff-Appellant,

v.

DIRECTORS GUILD OF AMERICA, INC.,
Robert B. Aldrich, Michael H. Franklin, Ernest Ricca and Glenn Gumpel, Defendants-Appellees.

No. 240, Docket 82–7164.

United States Court of Appeals,
Second Circuit.

Argued Oct. 21, 1982.

Decided June 1, 1983.

George C. Gallantz, New York City, (Proskauer Rose Goetz & Mendelsohn, Bettina Plevan, David Aronson, Bradley Ruskin, John Redpath, Shelley Fischel, New York City, of counsel), for plaintiff-appellant.

Sidney Dickstein, New York City (Dickstein, Shapiro & Morin, Joel Kleinman, Woody Peterson, Michael Nannes, New York City, of counsel), for defendants-appellees.

Before OAKES and WINTER, Circuit Judges, and METZNER, District Judge.*

PER CURIAM:

The judgment below is affirmed for substantially the reasons given by Judge Sofaer in holding that the actions and agreements of the Guild are protected by the "statutory" and "non-statutory" exemptions of labor union activities from the antitrust laws. *Home Box Office, Inc. v. Directors Guild of America,* 531 F.Supp. 578 (S.D.N.Y.1982).

* The Honorable Charles M. Metzner, United States District Judge for the Southern District of New York, sitting by designation.